IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM STEINIGER,

   Petitioner,

    v.

D. DREW WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-2300-TWT

**ORDER**

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending dismissing the action for failure to exhaust administrative remedies and as moot. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 18 day of February, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge